UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 2 2020
```

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Hector Caba-Batista

    Defendant.

Cr. No. 18-526 (AJN)

**THIS MATTER** having been opened to the court by Linda George, attorney for defendant Hector Caba-Batista and it appearing that the defendant was released on bail pursuant to an order dated October 4, 2019 and that on February 25, 2020, the defendant was remanded to the custody of the Burueau of Prisons pending sentencing presently scheduled for April 24, 2020,

**IT IS THEREFORE** on this 2nd day of March, 2020,

**ORDERED** that the bail in this matter be exonerated and that the following property be released from any and all obligations that may have been incurred as a result of the order for bail and documents signed in relation thereto:

    720 E. 25th Street, Paterson, New Jersey

**ORDERED** that a copy of this Order be served on the parties herein within 7 days of the date of this order.

_____
ALISON J. NATHAN, U.S.D.J.