USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 6 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Hector Caba Batista,

        Defendant.

---

18-cr-526 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing scheduled for April 24, 2020 at 1 p.m. is hereby adjourned to June 15, 2020 at 1 p.m. Defendant's sentencing submission is due by June 8, 2020. The Government's sentencing submission is due by June 10, 2020.

SO ORDERED.

Dated: March (3 , 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge