

**Attorney at Law**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/20

577 Summit Avenue
Hackensack, New Jersey 07601
Tel: 201-487-5225
Fax: 201-487-8807
email: lgdefense@yahoo.com

September 20, 2020

> In light of the Defendant's request, sentencing in this matter is hereby adjourned to October 23, 2020 at 11 a.m.  Pursuant to the Court's Individual Practices in Criminal Cases, Mr. Caba Batista's sentencing submission is due one week in advance of the sentencing date, and the Government's sentencing submission is due three days in advance of the sentencing date.
> SO ORDERED.

**VIA CM/ECF**

Honorable Alison J. Nathan
United States District Court Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007

> 9/25/20
> SO ORDERED.
> ALISON J. NATHAN, U.S.D.J.

Re: U.S. v. Hector Caba Batista
Cr. No. 18-CR-526 (AJN)

Dear Judge Nathan:

I was finally able to speak to Mr. Caba by way of a video conference on Friday September 18, 2020.  Accordingly, this letter will confirm that Mr. Caba wishes to proceed to sentencing by way of a personal appearance in court on a date and time as can be scheduled in the near future, and as may be convenient to be court.

I thank your Honor for your attention to this matter and remain,

Respectfully,

LINDA GEORGE

LG:ms
cc: Hector Caba Batista
    AUSA Adam Hobson, via e-mail adam.hobson@usdoj.gov
        and CM/ECF filing