USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Hector Caba Batista,

        Defendant.

18-CR-526 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Sentencing in this matter is scheduled to occur on October 23, 2020 at 11 a.m. Dkt. No. 317. The sentencing will occur in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. Members of the public may listen to the proceeding by calling (888) 363-4749 and entering the access code 9196964#. The parties should consult the Courts Individual Rules and Practices for Criminal Cases (available at https://nysd.uscourts.gov/judge/Nathan) for sentencing-related procedures and practices. Attached to this order is the link for use by the attorneys in order to fast track entrance into the building on the day of the conference.

    SO ORDERED.

Dated: October 22, 2020
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge